No. 89–532.   PEAT MARWICK MAIN & CO. *v.* HOLLOWAY ET AL.   C. A. 10th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Reves* v. *Ernst & Young, ante,* p. 56.

No. 89–599.   EASTER HOUSE *v.* FELDER ET AL.   C. A. 7th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Zinermon* v. *Burch, ante,* p. 113.

No. — — ——.   CITY OF RANCHO CUCAMONGA ET AL. *v.* EDWARDS THEATRES CIRCUITS, INC.; and

No. — — ——.   MANNING *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY.   Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. — — ——.   THOMPSON *v.* COVINGTON HOUSING DEVELOPMENT.   Motion to direct the Clerk to file petition for writ of certiorari denied.

No. D–847.   IN RE DISBARMENT OF NIXON.   Disbarment entered.   [For earlier order herein, see 493 U. S. 1000.]

No. D–848.   IN RE DISBARMENT OF WILLIAMS.   Disbarment entered.   [For earlier order herein, see 493 U. S. 1000.]

No. D–872.   IN RE DISBARMENT OF JOYCE.   It is ordered that Thomas M. Joyce, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–873.   IN RE DISBARMENT OF SANDBORN.   It is ordered that Michael Young Sandborn, of Lansing, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.